UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM E. LARSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C13-2018-MJP<br><br>ORDER OF REMAND |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REMANDS this matter for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 15th day of July, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER OF REMAND
PAGE -1